IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEITH L. BROWN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-07-222-M |
| | ) |
| ERIC FRANKLIN, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On January 31, 2008, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended respondent's motion to dismiss be granted and the petition for writ of habeas corpus be dismissed as time-barred pursuant to 28 U.S.C. § 2244(d)(1)(A). Petitioner was advised of his right to object to the Report and Recommendation by February 20, 2008. On February 15, 2008, petitioner filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on January 31, 2008;

(2) GRANTS respondent's motion to dismiss [docket no. 10]; and

(3) DISMISSES petitioner's petition for writ of habeas corpus as time-barred pursuant to 28 U.S.C. § 2244(d)(1)(A).

**IT IS SO ORDERED this 4th day of March, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE